

CLERK USDC EDWI

2024 MAY 15 P 1: 07

| | |
|---|---|
| **Kabir Elohim Israel** | ) |
| *Plaintiff,* | )  Civil Action No.: 24-CV-18-JPS |
| **v.** | ) |
| **Aileene Chovance, Hector Claudio,** | ) |
| **Guy Fraley, and Kenton Burtch** | ) |
| *Defendants,* | ) |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [1]

**COMES NOW**, Kabir Elohim Israel (hereinafter "Plaintiff"), pursuant to **Rule 55 (b) (2)** of the **Federal Rules of Civil Procedure** for a default judgment on all pending causes against Chovance, Claudio, Fraley, and Burtch (hereinafter collectively "Defendants"). **IN SUPPORT OF THIS MOTION**, Plaintiff avers the following grounds:

1. Plaintiff contemporaneously files "**PLAINTIFF'S AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**" and incorporates same herein by reference.

<u>/S/Kabir Elohim Israel</u>
*Plaintiff, Pro se*
**PO Box 114**
**Buckeye, AZ 85326**
**602-461-6159**
<u>ambassador@thebiblicalnationofisraelregistry.world</u>

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully demands This court enter a default judgment against Defendants forthwith.

---

[1] **Rule 55 (b) (2)** of the **Federal Rules of Civil Procedure**.