IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **Kabir Elohim Isreal** | ) |
| *Plaintiff,* | )    Civil Action No.: 24-CV-18-JPS |
| v. | ) |
| **Aileene Chovance, Hector Claudio,** | ) |
| **Guy Fraley, and Kenton Burtch** | ) |
| *Defendants,* | ) |

### PLAINTIFF'S AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

**STATE OF WISCONSIN** )
                        ) SS
**COUNTY OF MILWAUKEE** )

      **COMES NOW**, Kabir elohim Isreal (hereinafter "Affiant") pursuant to **Rule 601, 602,** and **603** of the **Federal Rules on Evidence** being duly sworn on oath, state that Affiant has first-hand personal knowledge of all the facts herein and believes these facts to be true and correct to the best of Affiant's own knowledge and belief and deposes and says as follows:

1. Affiant avers that on **JANUARY 4TH, 2024** Affiant filed a **42 § 1983** lawsuit against the above named Defendants in This court. See **Doc. 1**
2. Affiant avers that on **MARCH 5TH, 2024** all of the above named Defendants filed a "Waiver of Service" which mandated a timely response of Defendants to Affiant's lawsuit due by **MAY 4TH, 2024**. See **Docs. 13, 14, 15,** and **18**.
3. Affiant avers that today is **MAY 13TH, 2024** and Defendants have not responded to Affiant's lawsuit thus far.
4. Affiant avers that Defendants are now **NINE (9) DAYS** in default.

/S/ _KABIR ELOHIM ISREAL_    *Kabir Elohim Isreal*
**Affiant**

Sworn to & subscribed before me ON THIS 13th DAY OF May 2024.
_Cheryl A. Schmidt_

CHERYL A. SCHMIDT
Notary Public - Arizona
Maricopa County
Commission # 663556
My Commission Expires February 07, 2028