

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Kabir Elohim Isreal ) | |
| *Plaintiff*, ) | Civil Action No.: 24-CV-18-JPS |
| v. ) | |
| Aileene Chovance, Hector Claudio, ) | |
| Guy Fraley, and Kenton Burtch ) | |
| *Defendants*, ) | |

### PLAINTIFF'S FIRST MOTION FOR AN EXTENSION OF TIME [1]

**COMES NOW**, Kabir Elohim Isreal (hereinafter "Plaintiff") pursuant to **Rule 6 (b)** of the **Federal Rules of Civil Procedure** for an extension of time. **IN SUPPORT OF THIS MOTION**, Plaintiff avers the following grounds:

1. Plaintiff avers that this motion is drafted and submitted in good faith for good cause.
2. Plaintiff avers that that this motion will not prejudice any party by the extension sought.
3. Plaintiff avers that This motion is neither intended to unreasonably nor unnecessarily delay the case *sub judice*.
4. Plaintiff avers that Defendants have filed a Memorandum that misrepresents the facts and law as applied to those facts in support of their motions.
5. Plaintiff avers that as a *pro se* litigant he needs more time to draft a Response in the manner required by This court's applicable **Local Rules** and the **Federal Rules of Civil Procedure** to said Memorandum.
6. Plaintiff avers that his deadline for his Response is due **JUNE 13TH, 2024** and that he seeks an extension of **ten (10) days** from same.

**/S/Kabir Elohim Isreal**
*Plaintiff, Pro se*
PO Box 114
Buckeye, AZ 85326
602-461-6159
ambassador@thebiblicalnationofisraelregistry.world

### DEMAND FOR RELIEF

Plaintiff respectfully demands This court **GRANT** his Motion.

---

[1] See ***Blue v. Hartford Life & Accident Ins. Co.*, 698 F.3d 587 (7th Cir. 2012)** "Rule 6 (b) (1) provides a district court with discretion to grant or deny a request for an extension of time."