UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KABIR ELOHIM ISREAL,

      Plaintiff,

v.              Case No. 24-CV-18

KENTON BURTCH, AILEENE CHOVANEC,
HECTOR CLAUDIO and GUY FRALEY,

      Defendants.

---

## DEFENDANTS' RESPONSE TO PLAINTIFF'S
## FIRST MOTION FOR EXTENSION OF TIME

---

  Defendants, by undersigned counsel, hereby respond to "Plaintiff's First Motion for Extension of Time" by stating that they take no position on Plaintiff's request for a ten-day extension of time to file his response to Defendants' Motion to Dismiss.

  Dated and signed at Milwaukee, Wisconsin this 6th day of June, 2024.

              EVAN C. GOYKE
              City Attorney

              /s/ Maria Mesoloras
              MARIA MESOLORAS
              Assistant City Attorney
              State Bar No. 1098921
              JENNIFER WILLIAMS

**P.O. ADDRESS:**       Deputy City Attorney
200 East Wells Street      State Bar No. 1058087
City Hall 800        *Attorneys for Defendants*
Milwaukee, WI 53202
414-286-2601 – Telephone
414-286-8550 – Facsimile
Email: mmesol@milwaukee.gov
    jewill@milwaukee.gov

1032-2024-401/291709