FILED
MAR 13 2020
JOHN BARRETT
Clerk of Circuit Court

32 | 32

CIRCUIT COURT MILWAUKEE CO. WISCONSIN SEAL

3/13/20
20CV000141

HON. LAURA GRAMLING PEREZ
BRANCH 32

| Enter the name of the county in which this case was filed. | STATE OF WISCONSIN, CIRCUIT COURT, __Milwaukee__ COUNTY |
|---|---|
| Enter the current name of the person whose name is proposed to be changed. | IN THE MATTER OF THE NAME CHANGE OF <br> __Londale - Quintae · Strickling__ <br> First Name    Middle Name    Last Name | ☐ Amended <br> **Order for Name Change** |
| Enter the case number. | | Case No. _____ |
| Enter the county and the date of the hearing. | The Petition for Name Change was heard by the Circuit Court of __Milwaukee__ County, Wisconsin on the __13th__ day of __March__, 20__20__. |

**THE COURT FINDS:**

1. The person whose name is to be changed lives in __Milwaukee__ County, Wisconsin.

   *In 1, enter the county name.*

2. The name that appears on the birth certificate is
   [First] __Londale__
   [Middle] __Quintae__
   [Last] __Strickling__

   *In 2, enter the name as it appears on the birth certificate.*

3. The name of this person shall be changed to
   [First] __Kabir__
   [Middle] __Elohim__
   [Last] __ISREAL__

   *In 3, enter the first, middle and last name if the person whose name shall be changed.*

4. The address of the person whose name is to be changed is
   __8663 North 60th Street__

   *In 4, enter the address.*

5. The date of birth of the person whose name is to be changed is __07-11-1983__.

   *In 5, enter the date of birth.*

6. It has jurisdiction and notice of the hearing, if required, has been given.

7. The facts of the Petition are true and correct.

8. The Petition was published as a class 3 notice.

   *In 8, enter any other info.*

☐ 9. Other: _____

**STOP!**
The court will complete the rest of this form.

**THE COURT ORDERS:**

1. The Petition for Name Change is granted.

EXHIBIT A-3

CV-470, 05/19 Order for Name Change    §786.36 Wisconsin Statutes

2. If the person was born in Wisconsin, the Wisconsin birth certificate
   ☒ shall  ☐ shall not  be changed.

3. If the person was married in Wisconsin, the Wisconsin marriage certificate
   ☐ shall  ☐ shall not  be changed.

☐ 4. Other: _____

**THIS IS A FINAL ORDER FOR THE PURPOSE OF APPEAL.**

DISTRIBUTION:
1. Court
2. Certified Copy - Register of Deeds
3. Petitioner

STATE OF WISCONSIN
MILWAUKEE COUNTY    SS.

I, the undersigned Clerk of the Court of Milwaukee County, Wisconsin do hereby certify that I have compared this document with the original on file and that the same is a full, true and correct copy of said original and of the whole thereof, as the same remains of record in my office.

IN TESTIMONY WHEREOF I have hereunto set my hand and affixed the seal of said court,

this JUL 1 9 2024



*Anna Maria Hodges*

ANNA MARIA HODGES
Clerk of Circuit Court