FILED
05-30-2024
Anna Maria Hodges
Clerk of Circuit Court
2024CF002588
Honorable Laura Crivello-36
Branch 36

**STATE OF WISCONSIN　　CIRCUIT COURT　　MILWAUKEE COUNTY**

STATE OF WISCONSIN
　　　　　Plaintiff,

DA Case No.: 2024ML006357
Court Case No.:

vs.

**CRIMINAL COMPLAINT**

STRICKLING, LONDALE QUINTAE
PO BOX 101002
MILWAUKEE, WI 53210
DOB: 07/11/1983

　　　　　Defendant(s).

For Official Use

THE BELOW NAMED COMPLAINANT BEING DULY SWORN, ON INFORMATION AND BELIEF STATES THAT:

**Count 1: POSSESSION OF A FIREARM BY A FELON**

The above-named defendant on or about Tuesday, March 21, 2023, at 3624 West North Avenue, in the City of Milwaukee, Milwaukee County, Wisconsin, did possess a firearm, having been convicted of a felony in this state, contrary to sec. 941.29(1m)(a), 939.50(3)(g) Wis. Stats.

Upon conviction for this offense, a Class G Felony, the defendant may be fined not more than Twenty Five Thousand Dollars ($25,000), or imprisoned not more than ten (10) years, or both.

**Probable Cause:**
Your affiant is a City of Milwaukee law enforcement officer and I base this complaint on my review of official Milwaukee Police Department reports. Said reports indicate the following:

On March 21st, 2023, around 2:36pm, officers with the Milwaukee Police Department responded to the area of 3624 W North Ave, Milwaukee, Milwaukee County, WI in regards to a shooting complaint and ShotSpotter activation. Upon arrival, they were flagged down by the defendant, Londale Strickling. The defendant turned over a 9mm firearm and indicated he had just been involved in a shooting. The defendant initially gave his name as Kabir-Elohim Israel.

The defendant indicated that his van had broken down and he had tried to hire a mechanic. He indicated the mechanic that came started work but stated he couldn't finish. The defendant stated that the mechanic demanded payment but the defendant did not want to pay until the work was done. The defendant stated that led to an argument but nothing happened at that time. The defendant stated on March 21st he decided to sell his van and contacted a scrapper to buy his van and tow it away. The defendant stated the tow truck driver, GL, showed up and the both of them began to hook the van up to the tow truck. The defendant stated at that point he heard a gunshot and saw who he recognized as the mechanic in a mask with his eyes visible now armed with a gun pointed at him. The defendant stated he then unholstered his weapon and fired it at the mechanic and struck him. The defendant stated the mechanic was hit but he continued to try and clear a jam in his gun. The defendant stated he yelled at the mechanic to drop the gun and the mechanic ran off.

GL corroborated the defendant's story. Police found casings and a blood spot in the area where the mechanic had shot from. An individual suffering from a gunshot wound had been dropped off at a Fire Station nearby within minutes of the shooting matching the mechanic's description.



EXHIBIT F2

Page | 2

A review of the defendant's prior record reveals that he was convicted on April 13th, 2017 in Milwaukee County Case 2015CF138 for Possession of Burglarious Tools, a Class I Felony. The conviction is of record and unreversed.

****End of Complaint****

**Electronic Filing Notice:**
This case was electronically filed with the Milwaukee County Clerk of Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases. Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $ 20.00 fee to register as an electronic party. If you are not represented by an attorney and would like to register an electronic party, you will need to contact the Clerk of Circuit Court office at 414-278-4120. Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Criminal Complaint prepared by Francesco G. Mineo.
ADA Assigned Email Address: Francesco.Mineo@da.wi.gov

Subscribed and sworn to before me on 05/29/24
Electronically Signed By:
Patrick Franken
Assistant District Attorney
State Bar #: 1104711

Electronically Signed By:
Detective Shawn HALVERSON
Complainant





STATE OF WISCONSIN
MILWAUKEE COUNTY    SS.

I, the undersigned Clerk of the Court of Milwaukee County, Wisconsin do hereby certify that I have compared this document with the original on file and that the same is a full, true and correct copy of said original and of the whole thereof, as the same remains of record in my office.
IN TESTIMONY WHEREOF I have hereunto set my hand and affixed the seal of said court,
this  JUL 15 2024
                date

*Anna Maria Hodges*
ANNA MARIA HODGES
Clerk of Circuit Court