**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

KABIR ELOHIM ISREAL,

                Plaintiff,

v.                                               Case No. 24-CV-18

KENTON BURTCH, AILEENE CHOVANEC,
HECTOR CLAUDIO and GUY FRALEY,

                Defendants.

---

## CERTIFICATE OF SERVICE ON NON-ECF PARTICIPANT

---

        Cynthia Reynolds herein certifies that she is employed by the City of Milwaukee as a Legal Office Assistant - Lead, assigned to duty in the office of the City Attorney, 200 East Wells Street, 800 City Hall, Milwaukee, WI 53202; that on the 22nd day of July, 2024, she electronically filed Defendants' Reply in Support of Defendants' Motion to Dismiss, Affidavit of Maria Mesoloras in Support of Defendants' "Reply in Support of Defendants' Motion to Dismiss", and a Certificate of Service, and deposited a copy of same in the United States mail at City Hall in the City of Milwaukee, Wisconsin in the above-entitled case, in a securely enclosed envelope, the postage duly prepaid, addressed to:

                      TO:    Kabir Elohim Isreal
                                PO Box 114
                                Buckeye, AZ 85326

                                Kabir Elohim Isreal
                                116 Calle Manuel Domenech PMB2050
                                San Juan, Puerto Rico 00918

                                s/Cynthia Reynolds
                                CYNTHIA REYNOLDS

1032-2024-401/292428